IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00192-MSK-KLM

DURST PHOTOTECHNIK AG, a foreign corporation,

     Plaintiff,

v.

IMAGING TECHNOLOGY INTERNATIONAL CORPORATION, a Colorado corporation,

     Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on a **Stipulated Motion for Protective Order** [Docket No. 20; Filed April 20, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

     IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: April 20, 2009