IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00192-MSK-KLM

DURST PHOTOTECHNIK AG, a foreign corporation,

    Plaintiff,

v.

IMAGING TECHNOLOGY INTERNATIONAL CORPORATION, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion to Amend Scheduling Order** [Docket No. 25; Filed June 22, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Scheduling Order deadlines are extended as follows:

| | |
|---|---|
| Discovery Deadline | December 18, 2009 |
| Dispositive Motions | January 18, 2010 |
| Expert Disclosures | October 1, 2009 |
| Contradicting Experts | November 2, 2009 |
| Expert Rebuttal Opinions | November 24, 2009 |

Dated:  June 23, 2009