IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00192-MSK-KLM

DURST PHOTOTECHNIK AG, a foreign corporation,

    Plaintiff,

v.

IMAGING TECHNOLOGY INTERNATIONAL CORPORATION, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on **Plaintiff's Second Motion: (1) to Reopen Case (Which is Unopposed), and (2) to Reinstate Existing Deadlines** [Docket No. 37; Filed September 1, 2009] (the"Motion").  The District Court Judge granted the request to reopen the case and referred the balance of the Motion to this Court for determination. [Docket No. 38].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.  The deadlines set in the Scheduling Order and modified by Order dated June 23, 2009 [Docket No. 27] are further partially modified to provide for efficient case management.  Accordingly, the case management deadlines shall be as follows:

    Expert disclosures deadline:              October 28, 2009
    Rebuttal expert disclosures deadline:      November 20, 2009
    Discovery deadline:                     December 18, 2009
    Dispositive motions deadline:            January 18, 2010

Dated:  September 28, 2009