IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00192-MSK-KLM

DURST PHOTOTECHNIK AG, a foreign corporation,

    Plaintiff,

v.

IMAGING TECHNOLOGY INTERNATIONAL CORPORATION, a Colorado corporation, and BRUCE MORGAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on **Defendant Bruce Morgan's Unopposed Motion to Amend Scheduling Order** [Docket No. 56; Filed November 12, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The deadlines set in the Scheduling Order and modified by Order dated September 28, 2009 [Docket No. 46] are further partially modified to provide for efficient case management.  Accordingly, the case management deadlines **as to Defendant Morgan only** shall be as follows:

| | |
|---|---|
| Discovery Cutoff | June 18, 2010 |
| Dispositive Motions Deadline | July 18, 2010 |
| Expert disclosures deadline: | April 28, 2010 |
| Rebuttal expert disclosures deadline: | May 20, 2010 |
| Interrogatory Schedule | Served so that they may be responded to by Discovery Cutoff |
| Request for Production of Documents Schedule | Served so that they made be responded to by Discovery Cutoff |

The Final Pretrial Conference is set before District Judge Marcia S. Krieger on May 25, 2010 at 10:00 a.m.  This Court does not have the authority to alter that date.

Dated:  November 25, 2009